

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-13-00720-CV

Marilyn **STEWART,**
Appellant

v.

**THE CITY OF SAN ANTONIO,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On April 30, 2014, this court ordered appellant to file written proof with this court by May 15, 2014, that she had paid or made arrangements to pay the fee for the preparation of the clerk's record and reporter's record for this appeal. On May 14, 2014, the trial court clerk filed a notification of late record stating that appellant had "made a payment arrangement, with the first payment of $10.00 to be paid on or around May 28, 2014." At the top of the notification of late record, appellant added a handwritten note stating, "This is proof of payment arrangement for the clerk's record." The trial court clerk has informed this court that the total cost of the clerk's record will be $80.00. The notification by the trial court clerk that the first payment will be made "on or around" May 28, 2014, does not provide this court with sufficient information regarding the payment arrangements because it does not provide a date certain for payment. In addition, appellant's note does not inform this court of the dates when the balance of the fee for preparing the clerk's record will be paid or even address the fee for preparing the reporter's record.

It is therefore ORDERED that appellant provide this court with specific dates when all of the fees for the clerk's record and reporter's record will be paid no later than ten days from the date of this order. If appellant fails to respond to this order within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)(c).

_____
Catherine Stone, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court